DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

D.D.R.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2536

————————————————

March 13, 2026

Appeal from the Circuit Court for Pasco County; James R. Stearns, Judge.

Blair Allen, Public Defender, and Tosha Cohen, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Natalia Reyna-Pimiento, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

D.D.R. appeals the juvenile disposition order revoking probation and adjudicating her delinquent on the charge of misdemeanor battery. The delinquency court entered the order in conjunction with similar orders that it entered in five other cases charging D.D.R. with delinquent acts after it conducted a consolidated revocation hearing for all six cases. On appeal of one of those other orders, this court recently issued an opinion reversing revocation of D.D.R.'s probation because the delinquency court's determination that she had violated her probation

was based solely on hearsay. *D.D.R. v. State*, 51 Fla. L. Weekly D226 (Fla. 2d DCA Feb. 6, 2026).

We adopt the reasoning in that opinion and accordingly reverse and remand for vacatur of the disposition order in the case underlying this appeal.

Reversed and remanded for proceedings consistent with this opinion.

VILLANTI, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.